UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD ZAMORA,                          1:04-cv-05355-AWI-DLB-P

        Plaintiff,                **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 10)

vs.

                                      **ORDER DISMISSING ACTION**

D. ADAMS,

        Defendants.
_____/

    Plaintiff, Richard Zamora ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 28, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on March 8, 2007, as undeliverable.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  See Local Rule 83-182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on February 28, 2007, are ADOPTED IN FULL; and,

2. This action is DISMISSED for plaintiff's failure to obey the court's order of November 16, 2006, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   May 17, 2007**              /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE