Case: 1:04-cv-05355-AWI-DLB



MAY 3 0 2007

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

Richard  Zamora K-68504
CSATF
CA Substance Abuse & Treatment
Facility & State Prison, Corcoran
PO Box 5248
Corcoran, CA 93212

#12

---

RETURN TO SENDER
___ Not at this address
✓ Cannot Locate
___ Paroled
___ Out of Custody
___ Out to Court
___ Other

Name & CDC#
do not match.